UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 11-26453-PGH
                                                    CHAPTER: 11

FEIZ HOLDINGS, INC.,

    Debtor.
_____/

### VERIFIED FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plan of reorganization in this case was confirmed on June 25, 2013. The plan provides for 100% dividend to unsecured creditors.

2. The first payments provided for under the plan have been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment hereof. A summary of fees and expenses is as follows:

    a. $14,622.28    Fee for Attorney for Debtor

    b. $TBD    US Trustee (fees required by 28 USC §1930) 2nd Quarter 2013 (Affidavit of Disbursements to be filed within 14 days)

    c. $0.00    Clerk of Court

    d. $4,050.00    Other professionals – Ariel J. Dorra, Accountant

    e. $0.00    All expenses

5. Attached as Exhibit "A" is a distribution report detailing the payments made under the plan on or after the effective date.

The Reorganized Debtor respectfully requests that this court enter a final decree and close this fully administered case.

I hereby certify, under penalty of perjury, that the foregoing is true and correct, and that all disbursements noted on the attachment were made or deferred by agreement.

KELLEY & FULTON, PL

Dated: July 29, 2013

*/s/ Craig I. Kelley*
Disbursing Agent

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished as indicated to the parties on the attached mail list this 29th day of July, 2013.

KELLEY & FULTON, P.L.
Attorneys for Debtor
1665 Palm Beach Lakes Blvd
Suite 1000 – The Forum
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By: /s/ Craig I. Kelley
Craig I. Kelley, Esq.
Florida Bar No.: 782203

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Leyza F. Blanco leyza.blanco@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;lleana.Christianson@gray-robinson.com;Annika.Miranda@gray-robinson.com
- Stephen C Breuer stephen@trusteelawfirm.com, ecf@trusteelawfirm.com;Atty_ellison@bluestylus.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov

- John A. Moffa john@trusteelawfirm.com, atty_ellison@bluestylus.com;ecf@trusteelawfirm.com,annmarie@trusteelawfirm.com,
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Tennille M. Shipwash tennille.Shipwash@gmlaw.com, Bankruptcy@gmlaw.com
- Mark E Steiner msteiner@weltman.com, floridabankruptcy@weltman.com

**Manual Notice List**

Securities and Exchange Commission
Miami Regional Office
Eric I. Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Don Dorra
2475 Mercer Ave #103
West Palm Beach, FL 33401

John G Stinson
POB 23109
1 SE 1 Ave
Gainesville, FL 32602

**SEE ATTACHED MATRIX**

| Description | Amount |
|---|---|
| 1st payment to TD Bank under the plan | 3,565.98 |
| 1st payment to unsecured creditors | 200.00 |
| Kelley & Fulton, PL Fee Application dated 6/11/13 | 6,858.29 |
| Kelley & Fulton, PL Supplemental Fee Application dated 6/24/13 | 7,763.99 |
| Accountant, Don Dorra's fees | 4,050.00 |
| Adequate protection payments to TD Bank (July 2012 to June 2013 @ $3,454.09 for 12 months) | $41,449.08 |
| **TOTAL** | **63,887.34** |